# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

_____

ANNE DUNN and ANTHONY DUNN,
as representatives of the ESTATE OF SAM DUNN,

    Plaintiffs,

    v.

PATRICK BARRY and JOHN NGUYEN,
in their individual capacities,

    Defendants.
_____

Civil Action No. 18-10581

## NOTICE OF APPEARANCE

I hereby enter my appearance as counsel for the Plaintiffs in the above action.

RESPECTFULLY SUBMITTED,

/s/ Howard Friedman
Howard Friedman, BBO #180080
Law Offices of Howard Friedman, P.C.
90 Canal Street, 5th Floor
Boston, MA 02114-2022
(617) 742-4100
hfriedman@civil-rights-law.com

Date: March 27, 2018

**CERTIFICATE OF SERVICE**

I certify that on this day I caused a true copy of the above document to be served upon the attorney of record for all parties via CM/ECF.

Date: March 27, 2018   /s/Howard Friedman
                                Howard Friedman