UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 18-10581-MPK

ANNE DUNN and ANTHONY DUNN,
as representatives of the ESTATE OF SAM DUNN,

        Plaintiffs

v.

PATRICK BARRY and JOHN NGUYEN,
in their individual capacities,

        Defendants

## NOTICE OF APPEARANCE

Please enter my appearance on behalf of Defendants Patrick Barry and John Nguyen with regard to the above-entitled matter.

        Defendants,
        By their attorney:

        /s/*Devin R. McDonough*

        Devin R, McDonough (BBO #707482)
        Email: dmcdonough@lccplaw.com
        Louison, Costello, Condon & Pfaff, LLP
        Ten Post Office Square, Suite 1330
        Boston, MA 02109
        (617) 439-0305

## **CERTIFICATE OF SERVICE**

      I, Devin R. McDonough, hereby certify that on the 12th day of November, 2021, I served the foregoing by causing a copy to be directed either by ECF or first-class mail, postage prepaid to:

Howard Friedman, Esq.
David Milton, Esq.
Law Offices of Howard Friedman, PC
1309 Beacon Street, Suite 300
Brookline, MA 02446

/s/*Devin R. McDonough*
_____
Devin R. McDonough