**VERDICT**

1. On Plaintiff Anne Dunn's Fourteenth Amendment claim against Defendant Barry, we find in favor of

   Plaintiff Anne Dunn  ____   or   Defendant Barry ____

2. On Plaintiff Anne Dunn's Fourth Amendment claim against Defendant Barry, we find in favor of

   Plaintiff Anne Dunn  ____   or   Defendant Barry ____

3. On Plaintiff Anne Dunn's Fourteenth Amendment claim against Defendant Nguyen, we find in favor of

   Plaintiff Anne Dunn  ____   or   Defendant Nguyen ____

4. On Plaintiff Anne Dunn's Fourth Amendment claim against Defendant Nguyen, we find in favor of

   Plaintiff Anne Dunn  ____   or   Defendant Nguyen ____

5. On Plaintiff Anthony Dunn's Fourteenth Amendment claim against Defendant Barry, we find in favor of

   Plaintiff Anthony Dunn  ____   or   Defendant Barry ____

6. On Plaintiff Anthony Dunn's Fourth Amendment claim against Defendant Barry, we find in favor of

   Plaintiff Anthony Dunn  \_\_\_\_   or   Defendant Barry  \_\_\_\_

7. On Plaintiff Anthony Dunn's Fourteenth Amendment claim against Defendant Nguyen, we find in favor of

   Plaintiff Anthony Dunn  \_\_\_\_   or   Defendant Nguyen  \_\_\_\_

8. On Plaintiff Anthony Dunn's Fourth Amendment claim against Defendant Nguyen, we find in favor of

   Plaintiff Anthony Dunn  \_\_\_\_   or   Defendant Nguyen  \_\_\_\_

**Note:** Complete the following paragraphs only if one or more of the above findings is in favor of the Plaintiff.

9. We assess compensatory damages for the violation of Sam Dunn's rights as follows:

   Plaintiff Anne Dunn     $_____

   Plaintiff Anthony Dunn $_____

10. Do you award interest on the judgment?

    Yes _____    No _____

**Please sign and date the form below:**

_____       _____
Presiding juror                                              Date